BRUCE D. MAY, State Bar No. 89556
bmay@stuartkane.com
STUART KANE LLP
620 Newport Center Drive, Suite 200
Newport Beach, California 92660
Tel: (949) 791-5124
Fax: (949) 791-5224

NICHOLAS RANALLO, State Bar No. 275016
nick@ranallolawoffice.com
LAW OFFICE OF NICHOLAS RANALLO
2443 Fillmore Street, #380-7508
San Francisco, California 94115
Tel: (831) 607-9229

Attorneys for Defendant
JOHN DOE subscriber assigned IP address
67.180.177.80

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 67.180.177.80,<br><br>　　　　Defendants. | CASE NO.: 3:16-cv-01005-WHA<br><br>Honorable William H. Alsup<br>Courtroom 8, 19th Floor<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE MOTIONS UNDER SEAL**<br><br>Complaint Filed:　February 29, 2016<br>FAC File:　　　　June 1, 2016<br>Trial Date:　　　September 5, 2017 |

　　　This matter comes before the Court upon Defendant JOHN DOE's Motion for Leave to file the following documents under seal in accordance with this Court's Order dated June 6, 2016 (ECF No. 10) requiring that all documents including defendant's identifying information, apart from his or her IP address,

shall be filed under seal and redacted on the public docket: (a) Notice Of Motion By Defendant For An Award Of Attorneys' Fees Under Section 505 of the Copyright Act; (b) Notice of Motion by Defendant for Sanctions against Plaintiff and attorneys Brian Heit and Brenna Erlbaum; (c) Declaration Of Bruce D. May In Support Of Defendant's Motion for Attorneys' Fees and Motion for Sanctions; and (e) Proposed Orders for the Motions for Award of Attorney's Fees and Sanctions.

**GOOD CAUSE** being shown, **IT IS ORDERED** that Defendant's Motion is hereby **GRANTED**.

**SO ORDERED** this 11th day of August, 2016

_____
Honorable William H. Alsup
Judge of the Federal District Court