UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** September 29, 2016 | **Time:** 22 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 16-cv-01005-WHA | **Case Name:** Malibu Media, LLC v. JOHN DOE subscriber assigned IP address 67.180.177 ||
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Pamela Batalo ||

**Attorney for Plaintiff:** Brenna Erlbaum, Brian Heit

**Attorney for Defendant:** Bruce May

PROCEEDINGS

[26] - Motion for Sanctions - Taken Under Submission
[25] - Motion for Attorney Fees - Taken Under Submission