IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 16-01005 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.180.177.80, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| Defendant. | |

The parties in this action are hereby **REFERRED** to Magistrate Judge Sallie Kim for a prompt settlement conference concerning defendant's motion for attorney's fees and sanctions. Counsel shall contact Judge Kim's chambers immediately.

**IT IS SO ORDERED.**

Dated: September 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE